STATE OF CONNECTICUT *v.* CHARLIE D. SANTIAGO

On the defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 236 (AC 27110), it is hereby ordered that no action is necessary on the petition.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Lauren Weisfeld,* senior assistant public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided November 6, 2007

STATE OF CONNECTICUT *v.* CHARLIE D. SANTIAGO

The defendant's substituted petition for certification for appeal from the Appellate Court, 100 Conn. App. 236 (AC 27110), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Susan O. Storey,* chief public defender, and *Lauren Weisfeld,* senior assistant public defender, in support of the petition.

Decided November 6, 2007